In The United States District Court For The Northern District of Ohio Eastern Division

United States Of America
Plaintiff
v.
Andrew J. Davison
Defendant

Case No: 1:16-CR-092
Judge: James S. Gwin
(Motion To Remove Judge James S. Gwin And AUSA Kelly Galvin For Threats, Prosecutor Vindictiveness And Misconduct)

FILED
2016 AUG 18 PM 12:47
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Here Comes the defendant Pro-se Asking that the Above Judge And AUSA be removed from Case No: 1:16-CR-092 being they have both made threats to the defendant on record, Allowing false statements and documents, not producing full discovery. Threats of enhancements not on illegal indictment not giving a fair trial or due process And violating my due process in the state of Ohio. As well as numerous violations of my constitutional rights. Denying me the proper materials to research my PSI or counsel.

Copies Sent to All party's on 8-11-16

Andrew J. Davison #63979060
2240 Hubbard Rd
Youngstown, OH, 44505
August, eleventh, 2016